IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
14 MAR 20 PM 12:46
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KEITH D. BAKER, <br><br> Defendant. | 8:14CR62 <br><br> INDICTMENT <br> 18 U.S.C. § 922(g)(1) and § 924(a)(2) |

The Grand Jury Charges:

## COUNT I

On or about February 10, 2014, in the District of Nebraska, KEITH D. BAKER, Defendant herein, having been convicted on May 14, 2003, in the District Court of Douglas County, Nebraska, of a crime punishable by imprisonment for a term exceeding one year, to wit: possession with intent to deliver a controlled substance, did knowingly possess in and affecting commerce, a firearm which had been shipped and transported in interstate commerce, to wit: a Jennings Bryco 59, 9mm handgun, serial #756049.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

FOREPERSON

DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

MARTIN J. CONBOY, IV
Special Assistant United States Attorney