UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA (OMAHA)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 JUN 11 PM 1:07

OFFICE OF THE CLERK

Keith D. Baker, Pro-se., )
          Petitioner, )
                               )
                               ) Case No: 8:14-CR-00062-JFB-TDT-1
Vs. )
                               )
United States of America, )
          Respondent. )

## MOTION TO MODIFY TERM OF IMPRISONMENT
## PURSUANT TO 18 U.S.C. SECTION § 3582(c)(2)

Petitioner moves this court to apply the retroactive effect of Amendment 782, which the United States Sentencing Commission has expressly designated as one that may be applied retroactively, U.S.S.G. 1B1.10(c).

Petitioner moves this court in light of the recent Supreme Court's decision in Hughes - Case No. - 17-155 (May 2018).

Further, the petitioner moves this court to invalidate his current sentence, and re-sentence him to the provisions provided and madated by said Amendment 782.

Dated: JUNE 6, 2018

Keith D. Baker - 26483-047
Federal Correctional Institution
Post Office Box 5000
Greenville, Illinois 62246

RECEIVED
JUN 11 2018
CLERK
U.S. DISTRICT COURT

# CERTIFICATE OF SERVICE

I, __Keith D. Baker__ hereby certify that I have served a true and correct copy of the following:

> Motion to Modify Term of Imprisonment
> Pursuant to 18 U.S.C. Section § 3582(c)(2)

Which is deemed filed at the time it was delivered to prison authorities for forwarding, *Houston v. Lack*, 101 L. Ed. 2d 245 (1988), upon the defendant/defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to:

> United States Attorney's Office
> 1620 Dodge Street - Suite 1400
> Omaha, Nebraska - 68102-1506

And deposited same in the United States Mail at the Federal Correctional Institution at Greenville, Illinois.

I declare under penalty of perjury (TITLE 28 U.S.C. §1746) that the forgoing is true and correct.

Dated this __6__ day of __JUNE__ 20__18__

> Keith D. Baker - 26483-047
> Federal Correctional Institution
> Post Office Box 5000
> Greenville, Illinois 62246

Keith D. Baker - 26483-047
Federal Correctional Institution
Post Office Box 5000
Greenville, Illinois 62246



**RECEIVED**

JUN 1 1 2018

CLERK
U.S. DISTRICT COURT

United States District Court
For The District of Nebraska (Omaha)
Roman L. Hruska U.S. Courthouse
111 South 18th. Plaza - Suite 1152
Omaha, Nebraska - **68102-1322**

"Legal Mail"        68102-132277